**Kenneth GREEN, Plaintiff–Appellant,**

v.

**UNKNOWN SOUTH CAROLINA DEPARTMENT OF CORRECTIONS OFFICIALS, Defendant–Appellee.**

**No. 02–6698.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Kenneth Green, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Green appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Green v. Unknown S.C. Dep't of Corr. Officials,* No. CA–01–4775–9–20 (D.S.C. Apr. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*